# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2013

147258 & (14)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROGER L. LYLES,
      Defendant-Appellant.

SC: 147258
COA: 313808
Saginaw CC: 76-000293-FY

_____/

      On order of the Court, the motion to add issues is GRANTED. The application for leave to appeal the February 28, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2013



Clerk

h0923